DEXTER P. RUMSEY & COMPANY, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 424.

Circuit Court of Appeals, Second Circuit.
June 11, 1934.

Franchot & Warren, of Buffalo, N. Y. (William C. Warren, Jr., of Buffalo, N. Y., and Irving I. Schachtel, of New York City, of counsel), for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and Morton K. Rothschild, Sp. Assts. to Atty. Gen., for respondent.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decision affirmed.

D. P. HARRIS HARDWARE & MANUFACTURING COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 17.

Circuit Court of Appeals, Second Circuit.
June 4, 1934.

Herman Goldman, of New York City (Benjamin Wiener, of New York City, of counsel), for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and Norman D. Keller, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Spring City Foundry Co. v. Commissioner, 54 S. Ct. 644, 78 L. Ed. 1200, decided April 30, 1934, and American Cigar Co. v. Commissioner (C. C. A.) 66 F.(2d) 425.

William J. DRIEBORG v. UNITED STATES of America.

No. 6611.

Circuit Court of Appeals, Sixth Circuit.
June 6, 1934.

Harry S. Bennett, of Detroit, Mich., for appellant.

Jos. M. Donnelly, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM.

Judgment of District Court reversed, and cause remanded, with instruction to dismiss indictment.

Ray M. DUNNETT v. COMMISSIONER OF INTERNAL REVENUE.

No. 1109.

Circuit Court of Appeals, Tenth Circuit.
June 25, 1934.

Albert A. Jones, of Washington, D. C., for petitioner.

Robert H. Jackson, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of petitioner.